JODI LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Varell_Fuller@fd.org

Counsel for Defendant CERVANTES-LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS CERVANTES-LUNA,<br>Defendant. | Case No. CR 25–00212 BLF (SVK)<br>**APPLICATION AND ~~PROPOSED~~ ORDER APPOINTING CJA PANEL COUNSEL** |

On September 25, 2026, the Federal Public Defender filed a motion to withdraw based on a conflict. Undersigned counsel subsequently contacted Ruben Deang, the CJA Panel Administrator. Mr. Deang has advised that Matt Yelovich, a member of the Criminal Justice Act Panel, has agreed to accept the appointment and is available to assume representation.

Accordingly, to avoid unnecessary delay and an additional court appearance solely for purposes of appointing new counsel, Mr. Cervantes-Luna respectfully requests that the Court appoint Mr. Yelovich pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. A proposed order is submitted herewith.

Dated: September 29, 2026

Respectfully submitted,

JODI LINKER
Federal Public Defender

/S
VARELL L. FULLER
Assistant Federal Public Defender

**[~~PROPOSED~~] ORDER**

Good cause having been shown, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is relieved as counsel of record. It is FURTHER ORDERED that Matt Yelovich, a member of the Criminal Justice Act Panel, is appointed pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Defendant in this matter.

IT IS SO ORDERED.

DATED: September 30, 2026

HONORABLE SUSAN VAN KUELEN
United States Magistrate Judge